UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 6:18-cv-00113-JRG-JDL |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Realtime Adaptive Streaming, LLC ("Realtime") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The parties have reached a settlement in principle and expect an agreement to be completed (and dismissal papers filed) within 30 days. Accordingly, the parties respectfully request that the Court stay all proceedings in this case and all pending deadlines between Realtime and Samsung by 30 days.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above.

Dated: September 6, 2018  Respectfully submitted,

*/s/ Jin-Suk Park*
Jin-Suk Park
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
jin.park@arnoldporter.com

Ryan M. Nishimoto
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
ryan.nishimoto@arnoldporter.com

Melissa R. Smith (TX Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

*/s/ Jay Chung*
Jay Chung
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
jchung@raklaw.com

*Attorneys for Plaintiff Realtime Adaptive Streaming LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Jin-Suk Park*
Jin-Suk Park